FILED: February 10, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 26-1135
(8:24-cv-03257-DKC)

_____

JEROME SANDBERG

      Plaintiff - Appellant

v.

KRISTI NOEM, Secretary of United States Department of Homeland Security

      Defendant - Appellee

---

This case has been opened on appeal.

| | |
|---|---|
| Originating Court | United States District Court for the District of Maryland at Greenbelt |
| Originating Case Number | 8:24-cv-03257-DKC |
| Date notice of appeal filed in originating court: | 02/05/2026 |
| Appellant | Jerome Sandberg |
| Appellate Case Number | 26-1135 |
| Case Manager | T. Barton<br>804-916-2702 |